1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   UNITED STATES OF AMERICA,

8                              Plaintiff,

9             vs.

10   DEVAUGHN WOODS,

11                              Defendant.

No. CR18-254RSL

MINUTE ORDER

12        The following Minute Order is made and entered on the docket at the direction of the

13   HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

14        The imposition of sentence for the above named defendant has been rescheduled from Friday,

15   June 14, 2019 to **Friday, November 1, 2019 at 9:00 a.m.** in room 15106 before the Honorable Robert S.

16   Lasnik, United States District Court Judge.

17        DATED this 11th day of March, 2019.

18
19
20
21

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

22
23
24
25
26   MINUTE ORDER