UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 18-cr-254-RSL |
| Plaintiff, | ) ORDER |
| vs. | ) |
| DEVAUGHN WOODS, | ) |
| Defendant | ) |

This Court, having considered the Motion to Allow Waiver of In-Person Presence at Sentencing, and does hereby grant the motion.

This Court ORDERS as follows:

In light of the special circumstances created by the ongoing COVID-19 pandemic, on the one hand, and the defendants desire to go forward with sentencing of this matter on a timely basis, this Court GRANTS the defendant's motion and waives the requirement that the defendant and counsel appear in-person. The sentencing in this case will proceed by video-enabled conference as currently scheduled – December 11, 2020.

DATED this 30th day of November, 2020,

_____
Honorable Robert S. Lasnik

Order - 1